a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FABIO CASTRO-SAAVEDRA #A090-516-499,<br>Petitioner | CIVIL DOCKET NO. 1:24-CV-00780<br>SEC P |
| VERSUS | JUDGE DRELL |
| D H S CENTRAL LA,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner, Fabio Castro Saavedra ("Saavedra"). Saavedra is an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana.

Because Saavedra does not allege entitlement to relief, the Petition (ECF No. 1) should be DENIED and DISMISSED WITHOUT PREJUDICE.

I. Background

Saavedra indicates that he is awaiting a ruling from the immigration court following a remand of his case. ECF No. 1 at 5. He requests that the Court "conclude this process." ECF No. 1 at 8.

II. Law and Analysis

According to the automated case information provided by the Executive Office for Immigration Review, Saavedra's case was remanded by the Board of Immigration

1

Appeals on April 16, 2024. *See* https://acis.eoir.justice.gov. After the § 2241 Petition was filed, Saavedra was ordered removed by the immuration judge. *Id.* Saavedra has until July 29, 2024, within which to appeal. If no appeal is filed, his removal order will become final.

### III.   Conclusion

Because Saavedra requests no further relief, and does not appear entitled to any, IT IS RECOMMENDED that the Petition (ECF No. 1) be DENIED and DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Wednesday, July 10, 2024.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE